**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny MARTINEZ, Defendant– Appellant.**

**No. 04–3004.**

United States Court of Appeals, Seventh Circuit.

Dec. 23, 2005.

Dean R. Lanter, Office of the United States Attorney, Hammond, IN, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. DIANE P. WOOD, and Hon. TERENCE T. EVANS, Circuit Judges.

ORDER

On limited remand under *United States v. Paladino,* 401 F.3d 471 (7th Cir.2005), the district court responded that under an advisory guidelines regime it would not have imposed a different sentence. We invited the parties to file memoranda concerning the district court's response but only the government did so. Martinez's 210–month sentence was well below the guideline range of 360 months to life in prison. Our independent review does not suggest the sentence is unreasonable, and we accordingly AFFIRM the judgement.